| Fill in this information to identify the case: | |
|---|---|
| Debtor name | High Plains Computing, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Silicon Mechanics 22029 23 Drive SE Bothell, WA 98021 | | Loan | | $958,018.00 | $0.00 | $958,018.00 |
| Complete Business Solutions | | | | $540,254.41 | $0.00 | $540,254.41 |
| Key Bank Key Government Finance 1000 South McCaslin Blvd. Superior, CO 80027 | | Loan | | $333,642.00 | $0.00 | $333,642.00 |
| HPe Direct 8000 Foothills Blvd. MS5509 Roseville, CA 95747 | Javier Esquivel, North America Credit Mg Javier.esquivel@hp.com | | | | | $289,000.00 |
| SolutionZ Conferencing 901 Bringham Avenue Brentwood, CA 90049 | Bill Warnick, CEO bwarnick@solutionzinc.com (310) 571-1207, ext. 8721 | | | | | $275,919.21 |
| GE Capital (formerly Wells Fargo Flooring Agreement GE Commercial Distribution P.O. Box 723476 Atlanta, GA 31139 | | Loan | | $272,542.00 | $0.00 | $272,542.00 |
| Avepoint Public Sector 2111 Wilson Blvd. Suite 210 Arlington, VA 22201 | John Byrum, Esq. - Woods Rogers PLC jbyrum@woodsrogers.com (804) 343-5027 | | | | | $230,740.25 |

Debtor **High Plains Computing, Inc.**                                    Case number *(if known)*
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Millenium Trust (a/k/a Funding Circle) FC Marketplace 747 Front Street Fourth Floor San Francisco, CA 94111 | | Loan | | $145,850.00 | $0.00 | $145,850.00 |
| Carahsoft 1860 Michael Faraday Drive Reston, VA 20190 | Craig Abod | | | | | $106,570.00 |
| CFO Business Advisors, LLC 1244 Dexter Street Denver, CO 80220 | | Trade Debt | | $105,661.00 | $0.00 | $105,661.00 |
| Wells Fargo P.O. Box 29482 Phoenix, AZ 85038-8650 | | Line of Credit | | | | $98,886.36 |
| Park Place Technologies P.O. Box 78000 Dept. 781156 Detroit, MI 48278-1156 | Kristie Phelps, Credit/Collections  440-591-6336 | | | | | $97,219.85 |
| CNP Technologies, LLC 806 Tyvola Road Suite 102 Charlotte, NC 28217 | Bill Wainscott  bwainscott@cnp.neet (704) 927-6633 | | | | | $96,930.61 |
| Red River Computer Co., Inc. 21 Water Street Suite 500 Claremont, NH 03743 | Tina Rivet, Credit/Collections  tina.porter@redriver.com (603) 442-5512 | | | | | $78,640.00 |
| Tech Data P.O. Box 731209 Dallas, TX 75373 | Issac Stone  763-315-9611 | | | | | $77,164.02 |
| SYNNEX 44201 Nobel Drive Fremont, CA 94538 | | Trade Debt | | $55,182.76 | $0.00 | $55,182.76 |
| York Telecom 81 Corgett Way Eatontown, NJ 07724 | Maria Jensen  Mjensen@yorktel.com 732-413-6027 | | | | | $47,962.86 |
| Lift Forward 261 Madison Avenue New York, NY 10016 | | Trade Debt | | $47,789.00 | $0.00 | $47,789.00 |

Debtor  **High Plains Computing, Inc.**                                  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| KBZ Communications, Inc.<br>P.O. Box 826368<br>Philadelphia, PA 19182 | Tara Gormley<br>tara.gormley@kbz.com<br>215-348-9481 | | | | | $45,450.46 |
| Bassec, LLC<br>8300 Greensboro Drive<br>Suite L1-607<br>Mc Lean, VA 22102 | Bill Blass<br>bob.bliss@bassecc.net<br>703-722-8653 | | | | | $39,728.93 |